**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 1:19-cv-00068-JMC<br>) |
| BEAZER HOMES, LLC | )<br>) |
| Defendant. | )<br>)<br>) |

**DEFENDANT'S NOTICE REGARDING THE JUNE 6, 2019 TELEPHONIC
SCHEDULING AND DISCOVERY CONFERENCE**

Pursuant to the Court's May 30, 2019 Paperless Order [Dkt. 32], counsel for Beazer Homes, LLC is providing the following dial in and passcode information for the June 6, 2019 telephonic scheduling and discovery conference set for 11:00 a.m.

**Dial in Number**: 888-857-3844
**Participant Passcode**: 231 771 7263

Dated: May 30, 2019

Respectfully Submitted,

*/s/ Andrew J. Detherage*
**BARNES & THORNBURG, LLP**

William R. Martin (Bar #15051)
1717 Pennsylvania Ave. NW, Suite 500
Washington, DC  20006
Telephone:  202-289-1313
Fax:  202-289-1330
billy.martin@btlaw.com

Andrew J. Detherage (*Pro Hac Vice*)
11 S. Meridian Street
Indianapolis, Indiana  46204
Telephone:  317-236-1313
Fax: 317-231-7433
andy.detherage@btlaw.com

Andrea S. Warren (*Pro Hac Vice*)
11 S. Meridian Street
Indianapolis, Indiana  46204
Telephone:  317-236-1313
Fax: 317-231-7433
awarren@btlaw.com

*Attorneys for Defendant Beazer Homes, LLC*

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that on the 30th day of May, 2019, the foregoing document was served on the following via email and through the Court's ECF system to:

        Steven E. Leder
        Julie F. Maloney
        Leder & Hale P.C.
        401 Washington Avenue, Suite 600
        Baltimore, MD  21204
        leder@lederhale.com
        maloney@lederhale.com

        */s/ Andrew J. Detherage*
        Andrew J. Detherage